1   DEREK RUSSELL
2   735 Pine Street
    Santa Rosa, California [95404]
3   337-422-9200
    In Pro Per

FILED
2015 MAR 2[...] [...] 11: 58
RICHARD W. W[...]
CLERK, U.S. [...]
NORTHERN [...]

FILED
APR 24 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
KAW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 15 KAW 1848

| | |
|---|---|
| Derek Russell | ) CASE NO: |
| Plaintiff, | ) CV 15 1355 |
| vs. | ) NOTICE OF REMOVAL OF ACTION |
| | ) PURSUANT TO 28 U.S.C. SECTION 1441(b) |
| | ) 1331 |
| SUPERIOR COURT OF CALIFORNIA, | ) Complaint Filed: March 24, 2015 |
| COUNTY OF SONOMA | ) Hearing: March 26, 2015 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Derek Russell hereinafter Russell hereby removes to this Court the state court action described below, pursuant to 28, USC SECTION 1441(B). 1331

1. On February 18, 2015 an action was commenced in the Superior Court of the State of California for the County of Sonoma, entitled PEOPLE OF THE STATE OF CALIFORNIA v Derek Russell, Individual.

2. CASE NOS: CHP84976TQ and SRO 1418580

REMOVAL OF ACTION   1

3. This action is a civil action of which this Court has original jurisdiction under 28 USC 1331 and is one which may be removed to this Court be Plaintiff herein pursuant to the provisions of 28 USC 1441 ET SEQ. *1331*

4. This notice of removal is timely.

5. As required by 28 USC 1441 TRUE AND CORRECT COPIES OF PLEADINGS SERVED UPON Russell are being filed with this Notice of Removal, attached hereto as Exhibit A. *1331*

6. Removal of this action is proper under 28 USC 1441 because it is a civil action brought in a state court and the federal district court have original jurisdiction of the subject matter pursuant to 28, USC 1441 because the causes of action are plead under federal statutes. *1331*

7. Therefore pursuant to these statutes and in conformmcance with the requirements set forth in 28 USC 1441, Russell hereby removes this action from the Superior Court of the State of California for the County of Sonoma to the Northern District.

DATE: March 24, 2015

Derek Russell

REMOVAL OF ACTION   2





# Superior Court of California, County of Sonoma

### Traffic Division - Room 109-J
600 Administration Drive
Santa Rosa, CA 95403-2878

## TRAFFIC COURT MINUTES

| | | | | | |
|---|---|---|---|---|---|
| **Courtroom:** | 14 | **Date:** | 3/20/2015 | **Time:** | 10:30 |
| **Judicial Officer:** | WHEELDIN, ANTHONY | | | **Interpreter:** | |
| **Clerk:** | Pat Graham | | | **Language:** | |

## Case Information

| | | |
|---|---|---|
| Case #:  SRO1418580 | Defendant:  Russell, Derek | Pay/Appear: |
| DOB:  09/11/1967 | Officer:  Alan Rosenthal (367) | DL #:  C5969182 |
| Citation Date:  12/02/2014 | Address: 735 Pine St   Santa Rosa , CA 95404 | |

## Appearances & Waivers

- Defendant Present

## Fines & Fees

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21453(a) | Not Guilty - Court Entered Plea | | | $623.00 |
| | | | | **Total Fines and Fees:** | $623.00 |

## Programs & Probation

## Settings, Hearings, & Orders

- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: RULING ON MOTION: COURT DENIES MOTIONS

## Trials & Motions

- MOTION TO STRIKE, VERIFIED COMPLAINT,REMOVAL OF COURT ENTERED PLEA; COURT DENIES ORAL 170.6 TO THE COURT: COURT DENIES AS UNTIMELY





# Superior Court of California, County of Sonoma

## Traffic Division - Room 109-J
### 600 Administration Drive
### Santa Rosa, CA 95403-2878

## TRAFFIC COURT MINUTES

| | | | | | |
|---|---|---|---|---|---|
| **Courtroom:** | **14** | **Date:** 2/20/2015 | | **Time:** | **10:30** |
| **Judicial Officer:** | WHEELDIN, ANTHONY | | | **Interpreter:** | |
| **Clerk:** | Pat Graham | | | **Language:** | |

### Case Information

| | | | |
|---|---|---|---|
| Case #:  SRO1418580 | Defendant:  Russell, Derek | | Pay/Appear:  03/09/2015 |
| DOB:  09/11/1967 | Officer:  Alan Rosenthal (367) | | DL #:  C5969182 |
| Citation Date:  12/02/2014 | Address: 735 Pine St    Santa Rosa , CA 95404 | | |

### Appearances & Waivers

- Defendant Present

### Fines & Fees

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21453(a) | Not Guilty - Court Trial | | | $623.00 |
| | | | | **Total Fines and Fees:** | **$623.00** |

### Programs & Probation

### Settings, Hearings, & Orders

- The NEXT COURT DATE is 03/20/2015 and the COURT TIME is 10.30 a.m.. This case has been continued by order of the Court. The Defendant must appear at the next court date.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: RULING ON MOTION

### Trials & Motions

- MOTION TO STRIKE, VERIFIED COMPLAINT,REMOVAL OF COURT ENTERED PLEA





# Superior Court of California, County of Sonoma

## Traffic Division - Room 109-J
### 600 Administration Drive
### Santa Rosa, CA 95403-2878

**TRAFFIC COURT MINUTES**

| | | | |
|---|---|---|---|
| **Courtroom:** 14 | **Date:** 2/18/2015 | **Time:** | 10:30 |
| **Judicial Officer:** WHEELDIN, ANTHONY | | **Interpreter:** | |
| **Clerk:** Pat Graham | | **Language:** | |

## Case Information

| | | |
|---|---|---|
| Case #: SRO1418580   Defendant: Russell, Derek | | Pay/Appear: 03/09/2015 |
| DOB: 09/11/1967 Officer: Alan Rosenthal (367) | | DL #: C5969182 |
| Citation Date: 12/02/2014 Address: 735 Pine St   Santa Rosa , CA 95404 | | |

## Appearances & Waivers

- Defendant Present
- Court advises Defendant of constitutional and statutory rights.
- Defendant does not waive time for court trial and the trial will be heard within 45 days. 45th Day: 04/03/2015

## Fines & Fees

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21453(a) | Not Guilty - Court Trial | | | $623.00 |
| | | | | **Total Fines and Fees:** | **$623.00** |

## Programs & Probation

## Settings, Hearings, & Orders

- The NEXT COURT DATE is 02/20/2015 and the COURT TIME is 10.30 a.m.. This case has been continued by order of the Court. The Defendant must appear at the next court date.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: FOR FILING OF MOTION

```
2015 FEB 20  AM 9: 28
```

1

DEREK RUSSELL CO. D.A.
735 Pine Street

2

Santa Rosa, California [95404]

3

337-422-9200
In Pro Per

4

5

6

7

8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

FOR THE COUNTY OF SONOMA

10

11

THE PEOPLE OF THE STATE OF CALIFORNIA

)Case No.: SRO1418580
)REMOVAL OF COURT ENTERED

12

Plaintiff,

)PLEA of February 18, 2015 in Dept 14
)by Judge Wheeldin per PC §1018 and

13

vs.

)enter of Demurrer per PC §1002-1008

14

DEREK RUSSELL, an individual,

)
)   HEARING:

15

Defendant,

)   Date: February 20, 2015
)   Time: 10 am
    Dept: 14

16

17

DISTRICT ATTORNEY OF THE COUNTY OF SONOMA AND CLERK OF SUPERIOR COURT.

18

On February 20, 2015, Derek Russell, Defendant in error, is moving to remove the court

19

entered plea entered on February 18, 2015 by Judge Wheeldin in Dept 14, pursuant to PC §1018.

20

Defendant in Error never refused to plea, and the plea was entered erroneously by the Judge.

21

Derek Russell will also do so in open court orally at his next appearance. Defendant in Error

22

requires to demurrer per PC §1002-1012. This section shall be liberally construed to affect these

23

objects and to promote justice.

24

25

Dated:  February 20,  2015

26

27

DEREK RUSSELL, In pro per

28

Without Prejudice UCC 1-308

REMOVAL OF COURT ENTERED PLEA PC1018                Page 1

RECEIV

2015 FEB 20 AM 9: 28

1   DEREK RUSSELL
2   735 Pine Street      TA CO. D.A.
    Santa Rosa, California [95404]
3   337-422-9200
    In Pro Per
4

5

6

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        FOR THE COUNTY OF SONOMA

10

11   THE PEOPLE OF THE STATE OF CALIFORNIA    )Case No.: SRO1418580
                                              )
12              Plaintiff,                    )Notice of Dispute, Demand for
                                              )Verification/Validation of Alleged
13        vs.                                 )Debt;
                                              )
14   DEREK RUSSELL, an individual,            )DATE: February 20, 2015
                                              )
15              Defendant,                    )TIME: 10 am
                                              )
16                                            )DEPT: 14-TRAFFIC

17   _____

18

19        I received the above citation and notice to appear  from you that alleges your

20

21   position as a debt collector and appeared in court February 18, 2015. Accordingly, my

22   records reflect you are not, neither have you ever been a known *creditor* of mine, or one

23
     that I have conducted any consumer transactions with. Therefore your identity is unknown
24
     to me at this time, and you appear to not be a known party to any transaction that I recall.
25

26   This requires further information and documentation from you to verify your status and

27

28   _____
     DEBT DISPUTE FDCPA 15 USC §1692g                           Page 1

1
2

capacity. Therefore I am respectfully demanding verification and or validation of any alleged debt pursuant to 15 USC§1692g, and California Rosenthal Act §1788 *et seq* respectively.

3
4
5
6
7
8
9
10
11

The California Highway Patrol and the Sonoma County Superior Court are "debt collector" pursuant to 15 USC§1692a(6), and California Rosenthal Act §1788. DEREK RUSSELL is a "consumer" as that term is defined in 15 USC§1692a(3). CALIFORNIA HIGHWAY PATROL AND THE SONOMA COUNTY SUPERIOR COURT , is not a *creditor*, and I have not applied for, neither received any services or credit with your particular agency.

12
13
14
15
16
17
18
19
20
21
22
23
24

In light of the foregoing please provide a certified true alleged original genuine executed contract/agreement that memorializes the transaction between you and I that supports you're your alleged debt. If your debt collection firm is unable to provide a sufficient legal basis for your demanding payment, I will bring suit against your agency for violations of federal and state consumer protection laws without further notice. Therefore this notice can be construed as a Notice of Intent to bring such action if your response does not support a legal/legitimate debt "owed" to your agency. In concluding, you are required to respond within five (5) business days to my requests, should you fail to timely respond, and or proffer a non- response, a suit will be filed in the appropriate court.

Dated: February 20, 2015

25
26
27

_____
DEREK RUSSELL, In pro per
Without Prejudice UCC 1-308

28

DEBT DISPUTE FDCPA 15 USC §1692g                                    Page 2

RECEIVED

2015 FEB 20  AM 9: 28

DEREK RUSSELL, SONOMA CO. U.A.
735 Pine Street
Santa Rosa, California [95404]
337-422-9200
In Pro Per

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SONOMA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | )Case No.: SRO1418580 |
| Plaintiff, | )REQUEST FOR VERIFIED )COMPLAINT |
| vs. | )COMPLAINT )   PC 853.9, VC 40513 a&b, )   GC 100, 26500, 26501, 26502 |
| DEREK RUSSELL, an individual, | )   C.C.P. 446 |
| Defendant, | |

Alleged Defendant herein, **DOES NOT PLEA**, and requests a verified complaint pursuant to the provisions of Penal Code 853.9 sub-paragraph (b), California Motor Vehicle Code 40513 (a) & (b), Government Code sections; 100, 26500, 26501 and 26502 respectively.

*Government Code 26502 states:* _"The District attorney shall institute proceedings"_

Defendant herein additionally request that said _verified_ complaint be _filed_ and _signed_ by the _people's representative_ in the above matter, (See: C.C.P. 446.)  A California peace officer is not the people's representative as he or she is not licensed to practice law, nor, can he/she participate in discovery as the people's representative.  Therefore, the signature on the **"Notice to Appear"** cannot constitute a verification nor constitute an accusatorial instrument within the due process requirements of the California Constitution of the 14th amendment to the United States constitution.  Defendant herein demands due process and requests the court defend the constitutionally protected rights of the accused.

REQUEST FOR VERIFIED COMPLAINT                                        Page 1

1

2    Dated:  February 20,  2015

3    _____
     DEREK RUSSELL, In pro per
4    Without Prejudice UCC 1-308

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR VERIFIED COMPLAINT                              Page 2

RECEIVED

2015 FEB 18 PM 1:43

SONOMA CO. D.A.

**RECEIVED**

FEB 18 2015

SUPERIOR COURT OF CALIFOR:
COUNTY OF SONOMA

1
2   DEREK RUSSELL
    735 Pine Street
3   Santa Rosa, California [95404]
    337-422-9200
4   In Pro Per

5

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF SONOMA

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA    )Case No.: SRO1418580
                                             )
12                Plaintiff,                  )NOTICE AND MOTION TO STRIKE
                                             )NOTICE TO APPEAR
13          vs.                              )
                                             )DATE: February 18, 2015
14  DEREK RUSSELL, an individual,            )
                                             )
15                Defendant,                  )TIME: 8:30 am
                                             )
16                                           )DEPT: 14-TRAFFIC

17  _____

18

19  NOTICE IS HEREBY GIVEN that on date and time mentioned above at the Superior Court of

20  California, County of Sonoma, Defendant DEREK RUSSELL [hereinafter "Defendant"] will

21  Motion to Strike Plaintiff's Infraction on the following grounds:

22  1.      The Infraction fails under the following Supreme Court Cases:
23      a.      Right to Travel- *Shapiro v. Thompson*, 394 U.S. 618 (1969)
        b.      Standards for Police to Stop/Arrest- **Brown v. Texas, 443 U.S. 47 (1979)**
24      c.      Right to Protect Liberty- *Murdock v. Pennsylvania*, 319 U.S. 105 (1943)
        d.      Right to Ignore with Impunity- *Schuttlesworth v Birmingham Alabama* 373 us 262
25      e.      Willfull Intent-Evil- *U. S. v Bishop*, 412 U. S. 346 (1973)
26      f.      Waivers of Constitutional Rights - *Brady v. U.S., 397 U.S. 742, 748*
27      g.      Malice may be inferred- *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255
28

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 1

ENDORSED
FILED

FEB 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

DEREK RUSSELL
735 Pine Street
Santa Rosa, California [95404]
337-422-9200
In Pro Per

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SONOMA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | )Case No.: SRO1418580 |
| Plaintiff, | )<br>)NOTICE AND MOTION TO STRIKE |
| vs. | )NOTICE TO APPEAR<br>) |
| DEREK RUSSELL, an individual, | )DATE: February 18, 2015<br>) |
| Defendant, | )TIME: 8:30 am<br>) |
| | )DEPT: 14-TRAFFIC |

NOTICE IS HEREBY GIVEN that on date and time mentioned above at the Superior Court of

California, County of Sonoma, Defendant DEREK RUSSELL [hereinafter "Defendant"] will

Motion to Strike Plaintiff's Infraction on the following grounds:

1.     The Infraction fails under the following Supreme Court Cases:
   a.     Right to Travel- *Shapiro v. Thompson*, 394 U.S. 618 (1969)
   b.     Standards for Police to Stop/Arrest- **Brown v. Texas, 443 U.S. 47 (1979)**
   c.     Right to Protect Liberty- *Murdock v. Pennsylvania*, 319 U.S. 105 (1943)
   d.     Right to Ignore with Impunity- *Schuttlesworth v Birmingham Alabama* 373 us 262
   e.     Willfull Intent-Evil- *U. S. v Bishop*, 412 U. S. 346 (1973)
   f.     Waivers of Constitutional Rights - *Brady v. U.S., 397 U.S. 742, 748*
   g.     Malice may be inferred- *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                                  Page 1

h. Malicious prosecution- *Lopez v. Modisitt* 488 F. Supp 119 D. C. 1980.

i. Seizure be "reasonable." *Cf. Terry v. Ohio*, 392 U. S. 1;

j. Seizure specific, ojective facts-*United States v. Brignoni-Ponce*, 422 U. S. 873.

k. Unlawful search and seizure-interpreted in favor of citizen-*Scheuer v. Rhodes* 416 U.S. 232, 1974, Expounds upon *Owen Byers v. U.S.* 273 U.S. 28

l. Court protect encroachment of Constitutionally secured liberties – *Boyd v. U.S.* 116 U.S. 616

m. Rights secured by Constitution-*Miranda v. Arizona*, 384 U.S. 436

n. Law enforcement practice is judged-*Delaware v. Prouse*, 440 U.S. 648 (1979)

o. Jurisdiction cannot be assumed *Maine v. Thiboutot*, 100 S. Ct. 250

p. No Immunity Officers of Law-*Owen v. City of Independence*, 445 U.S. 622 (1980)

q. Encroachment of rights-*Bryars v United States*, 273 U.S. 28 (1927)

r. Supreme Law of Land-*Marbury v. Madison* 5 US.

s. Unconstitutional act is not law-*Norton v. Shelby* County 118 US 425

t. Unconstitutional statute-*16 Am Jur Vol. 2*, sec 177, 256.

## I.  STANDARD OF REVIEW FOR *PRO SE* PLEADINGS

**1.** Defendant admits to some technical missteps attributable to the learning curve. However, none of which is fatal to his claim as will be demonstrated below. The Defendant is proceeding without the benefit of legal counsel. Additionally, I am not a practicing attorney nor have I been trained in the complex study of law. As such, Defendant's pro se papers are to be construed liberally. See *Haines v. Kerner*, 404 U.S. 519-20, (1972). "A pro se litigant should be given a reasonable opportunity to remedy defects in his  pleadings if the factual allegations are close to stating a claim for relief." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly such pleadings should be held to a less stringent standard than those drafted by licensed, practicing attorneys. B.Platsky v. CIA,  953 F.2d  25, 26 28 (2nd Cir. 1991), The Court is the Guardian of 'my' liberties and "Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."

Dated: February 10, 2015.

_____

DEREK RUSSELL

Defendant in Pro Per

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Defendant was unlawfully pulled over on December 2, 2014 and issued a Notice to Appear. Defendant did not know nor understand the court, jurisdiction, charges, and the Police Officer failed to properly inform Defendant whereby any contract achieved is null and void. In this judicial realm, rights of man are paramount and Supreme Court Rulings are trump. *Brady v. U.S., 397 U.S. 742, 748: "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." "If men, through fear, fraud, or mistake, should in terms renounce or give up any natural right, the eternal law of reason and the grand end of society would absolutely vacate such renunciation. The right to freedom being a gift of ALMIGHTY GOD, it is not in the power of man to alienate this gift and voluntarily become a slave." —Samuel Adams, 1772*

*"A bill of attainder is defined to be 'a legislative Act which inflects punishment without judicial trial'" "...where the legislative body exercises the office of judge, and assumes judicial magistracy, and pronounces on the guilt of a party without any of the forms or safeguards of a trial, and fixes the punishment."*

The alleged determination of "commitment cost" and "Fine" for alleged traffic tickets or court costs, fees, or penalties requires execution as a **"cloak to disguise a collateral undertaking"** in U.S. Funds and is *"malicious vexation by legal process"* under the disguise/pretense of a "lawful" government to enforce the unwritten Master - Slave relationship.

1    "Although probable cause may not be inferred from malice, <u>malice may be inferred from lack of</u>

2    <u>probable cause.</u>" *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255.

3

4    "Malice is a <u>state of mind</u> and an essential <u>element of action</u> for malicious prosecution and is

5    to be found by jury from case, and want of probable cause is the other element of action for

6    malicious prosecution which must be proved by plaintiff." *Lopez v. Modisitt* 488 F. Supp 119 D.

7    C. 1980.

8

9              **II.    <u>MY RIGHT TO TRAVEL</u>**

10   I have a God given right to travel freely, secured and protected by the Constitution. I have a right

11   to travel freely and unencumbered, pursuant to *Shapiro v. Thompson*, 394 U.S. 618 (1969).

12            **III.    <u>IMPROPER STOP, SEARCH AND SEIZURE</u>**

13

14   I was illegally and improperly stopped, Standards for Police to Stop/Arrest- **Brown v. Texas,**

15   **443 U.S. 47 (1979).** The application of the Texas statute to detain appellant and require him to

16   identify himself violated the Fourth Amendment because the officers lacked any reasonable

17   suspicion to believe that appellant was engaged or had engaged in criminal conduct. Detaining

18   appellant to require him to identify himself constituted a seizure of his person subject to the

19   requirement of the Fourth Amendment that the seizure be "reasonable." *Cf. Terry v. Ohio,* 392 U.

20   S. 1; *United States v. Brignoni-Ponce,* 422 U. S. 873. The Fourth Amendment requires that such

21   a seizure be based on specific, objective facts indicating that society's legitimate interests require

22   such action, or that the seizure be carried out pursuant to a plan embodying explicit, neutral

23   

24

25   limitations on the conduct of individual officers. *Scheuer v. Rhodes, 416 U.S. 232, 1974:*

26

27

28

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                              Page 4

*Expounds upon Owen Byers v. U.S., 273 U.S. 28 Unlawful search and seizure. Your rights must be interpreted in favor of the citizen.*

*Boyd v. U.S., 116 U.S. 616: "The court is to protect against any encroachment of Constitutionally secured liberties."*

*Miranda v. Arizona, 384 U.S. 436: "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."*

**Delaware v. Prouse, 440 U.S. 648 (1979)** Except where there is at least articulable and reasonable suspicion that a motorist is unlicensed or that an automobile is not registered, or that either the vehicle or an occupant is otherwise subject to seizure for violation of law, stopping an automobile and detaining the driver in order to check his driver's license and the registration of the automobile are unreasonable under the Fourth Amendment. Pp. 440 U. S. 653-663. (a) Stopping an automobile and detaining its occupants constitute a "seizure" within the meaning of the Fourth and Fourteenth Amendments, even though the purpose of the stop is limited and the resulting detention quite brief. The permissibility of a particular law enforcement practice is judged by balancing its intrusion on the individual's Fourth Amendment interests against its promotion of legitimate governmental interests. Pp. 440 U. S. 653-655.

## IV.   CAN A STATE CONVERT MY RIGHTS INTO A PRIVILAGE?

Can a state arbitrarily and erroneously convert MY right into a privilege and issue a license and a fee for it?  Of course not. *Murdock v. Penn., 319 US 105: "No state shall convert a liberty into a privilege, license it, and attach a fee to it."*

### V.   IF THE STATE DOES, I CAN ENGAGE IN THE RIGHT WITH IMPUNITY

*Shuttlesworth v. Birmingham*, 373 US 262: "*If the state converts a liberty into a privilege, the citizen can engage in the right with impunity.*" *Shuttlesworth v Birm*.  Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. That means they can't punish me…they have to let me go.

### VI.   I DID NOT HAVE WILFULL INTENT. MENS REA

*U. S. v Bishop*, 412 U. S. 346 (1973)…Basically what Bishop does is it sets a standard for what constitutes a criminal violation in terms of willful intent. Willfulness is one of the elements which is required to be proven. In any criminal element you have to prove that 1. You are the party, 2. That you had a method or opportunity to do a thing, and  3.  That you did so with a willful  intent.  Now, when we get to willful intent, willful is defined as an evil motive or intent to avoid a known duty or task under the law with immoral uncertainty. Obviously I have decided that I have relied on the United States Constitution, and I have relied on the decisions of the supreme  court (THE OPINIONS OF THE NINE MEN IN THE BLACK ROBES-TRUMP). So could I have willfully done any deed or crime?  Obviously  not. So this case stipulates that I have a perfect defense for the element of willfulness. Since the burden on the prosecution is to prove that I did willfully and knowingly avoid a known duty or task under the law with immoral certainty he cannot perform that task, because I obviously have MY constitutional immunity to that. "*If you've relied on prior decisions of the Supreme Court you have a perfect defense for willfulness.*" *U.S. v. Bishop, 412 U.S. 346*

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 6

## VII.   CONCLUSION

I have God given rights, secured and protected by the Constitution of the United States and the State of California.  It's very important that you understand first, the constitution is the supreme law of the land and that I have that right, and that right shall not be infringed, and it's supposed to be enforced in favor of me, the clearly intended and expressly designated beneficiary. Since the burden on the prosecution is to prove that I did willfully and knowingly avoid a known duty or task under the law with immoral certainty he cannot perform that task, because I obviously have my constitutional immunity to that. The State cannot compel me to have a license or pay a fee for the exercise of your right. And if they do, I can ignore the license and engage the right with impunity. And since I have a perfect defense for the element of willfulness, the State cannot punish me. The Court should dismiss, as the People don't have a cause of action.

*"Jurisdiction, once challenged, cannot be assumed and must be decided." Maine v. Thiboutot, 100 S. Ct. 250.*

"The law requires PROOF OF JURISDICTION to appear on the Record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U.S. 533 (1974)* "If any tribunal (court) finds  absence of proof of jurisdiction over person and subject matter, the case must be dismissed." *Louisville RR v. Motley, 211 U.S. 149, 29 S Ct. 42 (1908)* "Where there  is no jurisdiction there is no judge; the proceeding is as nothing. Such has been law from the days of the Marshalsea." *10 Coke 68; also Bradley v. Fisher, 13 Wall 335, 351. "Manning v. Ketcham, 58 F 2d 948.*

## IX.   NO IMMUNITY

Now that this Court is informed of the above rights and Supreme Court Opinions, if the Plaintiff continues, it does so at its own risk. You will not be able to say "Well, we acted in

good faith…We had good faith reliance that you broke the law…And that means you can't sue us.  That's a lie.  Since these two cases, *Owen v. City Of Independence* , 445 U.S. 622 (1980) and *Maine v Thiboutot*, 448 U.S.1 (1980).

Basically what these two cases say "Where plain language of a statute supported by consistent judicial interpretation is strong, it is not necessary to look beyond the words of the statute."

"The right of action created by statute relating to deprivation under color of state law of a right secured by the constitution and the laws of the United States encompasses claims which are solely based on statutory violations of federal law, and applied to the claim that claimants had been deprived of their rights in some capacity, to which they were entitled.

They claimed that they acted in "good faith". The Supreme Court said *"You are deemed to be officers of the law; you are to advise us of the law; you can hardly claim that you in good faith for willful deprivation of the law, and you certainly can't claim ignorance of the law, because a citizen out here on the street can't claim ignorance of the law. It makes the law look stupid if an officer of the court or some officer of government  doesn't know the law and then they go ahead and abuse somebody's constitutional rights."*

So in matters of constitutional rights both these cases uphold one point: Whenever they violate your constitutional rights they do so at their own peril.  It even says that at *Title 18 Sec 241, 242*.  It says that upon conviction you are subject to a $10,000 fine, 10 years in jail, or both, and if death  results life in prison. They're telling you "Don't violate somebody's rights".

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                      Page 8

*Title 42 USC sec. 1983, 1985, & 1986* clearly establish your right to sue anybody that does that. Now they're going to claim that you can't sue them, because they have judicial immunity. Well, guess what? These two cases remove judicial immunity. There is no judicial immunity for violating someone's rights.

*Judge, you are deemed to know the law and swear to uphold it. You can hardly claim that you acted in good faith for willful deprivation of the law and you certainly can't claim ignorance of the law for that would make the law look stupid for a knowledgeable judge to claim ignorance of the law when a citizen on the street can't claim ignorance of the law.*

Therefore there is no judicial immunity. These cases have been on the books since 1982.

## CONSTRUED IN MY FAVOR

The next case I want to talk about is *Bryars v United States,* 273 U. S. 28 (1927). This is a search and seizure case which sets constitutional standards which Constitutional provisions for the security of a person and property are to be liberally construed, and it is the duty of the court to be watchful for the constitutional rights of the citizen, and against any stealthy encroachment therein.

The reality here is what they are setting is the standards must be liberally construed in favor of the citizen. *It's the duty of the court to make sure that happens.* So now, you have a right to be wrong, you have a right to enter your viable defenses that you honestly think, no state can  turn that right into a privilege and issue a license and a fee, and if they do you can ignore the license and fee.  They must prove the burden of proof of willfulness which they cannot do. If they do violate your rights you do have a right to sue them *Owens v City of Independence and Maine v Thiboutot,*  They have to give every consideration to you, and that's the way it is.

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                     Page 9

1   The next case I want to talk about is *Boyd v United States*,116 US 616: The court is to

2   protect against encroachment of constitutionality or security liberty. It is equivalent to a

3   compulsory production of papers to make the non-production of them a confession of the

4   allegations, which is pretended they will prove, and a lot of times that will happen in federal

5   cases.

6   

7   All laws which are repugnant to the constitution are null and void. *Marbury v. Madison*

8   5 US.

9   Where rights secured by the constitution are involved, there can be no rule or law

10   making legislation which would abrogate abolish them. *Miranda v. Arizona*, 384 U.S. 436.

11   

12   An unconstitutional act is not law. It confers no rights, it imposes no duties, it affords no

13   protections, it creates no office, it is in legal contemplation as inoperative as though it had never

14   been passed  *Norton v Shelby County* 118 US 425.

15   The general rule is that an unconstitutional statute though having the form and name of

16   law in in reality no law, but is totally void. *16 Am Jur* Vol. 2, sec 177, 256.

17   

## VIII.   PRAYER

19   1.  Since the Plaintiff (THE PEOPLE OF THE STATE OF CALIFORNIA) does not have a

20   cause of action for which relief can be granted, counsel (STATE PROSECUTOR) is specifically

21   precluded from performing his major task, therefore your honor, would it please the court at this

22   time I would motion most graciously for dismissal with prejudice for failure to state a cause of

23   action for which relief may be granted by this honorable court,

24   2.  I require this Court to STRIKE THE NOTICE TO APPEAR, all related fee's, and to notify

25   the DMV of this and to dismiss any Warrant (if any). To not do so would cause Defendant

26   unrecoverable harm, physical and emotional stress.

27   3.  I require this Court to submit Findings of Fact and Conclusions of Law if this

NOTICE TO APPEAR is not stricken.

28

1

2

Dated:  February 10,  2015

3

4    DEREK RUSSELL, In pro per
     Without Prejudice UCC 1-308

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEREK RUSSELL
735 Pine Street
Santa Rosa, California [95404]
337-422-9200
In Pro Per

**ENDORSED
FILED**

FEB 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SONOMA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | )Case No.: SRO1418580 |
| Plaintiff, | )REQUEST FOR VERIFIED |
| vs. | )COMPLAINT<br>)  PC 853.9, VC 40513 a&b, |
| DEREK RUSSELL, an individual, | )  GC 100, 26500, 26501, 26502<br>)  C.C.P. 446 |
| Defendant, | ) |

Alleged Defendant herein, **DOES NOT PLEA**, and requests a verified complaint pursuant to the provisions of Penal Code 853.9 sub-paragraph (b), California Motor Vehicle Code 40513 (a) & (b), Government Code sections; 100, 26500, 26501 and 26502 respectively.

Government Code 26502 states: *"The District attorney shall institute proceedings"*

Defendant herein additionally request that said *verified* complaint be *filed* and *signed* by the *people's representative* in the above matter, (See: C.C.P. 446.)  A California peace officer is not the people's representative as he or she is not licensed to practice law, nor, can he/she participate in discovery as the people's representative.  Therefore, the signature on the **"Notice to Appear"** cannot constitute a verification nor constitute an accusatorial instrument within the due process requirements of the California Constitution of the 14th amendment to the United States constitution.  Defendant herein demands due process and requests the court defend the constitutionally protected rights of the accused.

REQUEST FOR VERIFIED COMPLAINT                                    Page 1

1

2 Dated:  February 20,  2015

3

4 DEREK RUSSELL, In pro per
Without Prejudice UCC 1-308

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR VERIFIED COMPLAINT                                    Page 2





# Superior Court of California, County of Sonoma

### Traffic Division - Room 109-J
600 Administration Drive
Santa Rosa, CA 95403-2878

## TRAFFIC COURT MINUTES

| | | | | | |
|---|---|---|---|---|---|
| **Courtroom:** | 14 | **Date:** | 3/20/2015 | **Time:** | 10:30 |
| **Judicial Officer:** | WHEELDIN, ANTHONY | | | **Interpreter:** | |
| **Clerk:** | Pat Graham | | | **Language:** | |

## Case Information

Case #:  CHP84976TQ     Defendant:   Russell, Derek                          Pay/Appear:

DOB:          09/11/1967 Officer:      Wayne Bernard (13838)          DL #:      C5969182

Citation Date:   09/24/2014 Address: 3580 Green Hill Dr    Santa Rosa , CA 95404

## Appearances & Waivers

- Defendant Present

## Fines & Fees

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21703 | Not Guilty - Court Entered Plea | | | $371.00 |
| 2 | VC12951(a) | Not Guilty - Court Entered Plea | | | $238.00 |
| | | | | **Total Fines and Fees:** | **$609.00** |

## Programs & Probation

## Settings, Hearings, & Orders

- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: RULING ON MOTIONS, COURT DENIES MOTIONS

## Trials & Motions

- MOTION TO STRICK,REMOVAL OF COURT ENTERED PLEA,VERIFIED COMPLAINT : COURT DENIES MOTIONS: ORAL MOTION 170.6 TO THIS COURT; DOURT DENIES MOTION





# Superior Court of California, County of Sonoma

## Traffic Division - Room 109-J
600 Administration Drive
Santa Rosa, CA 95403-2878

### TRAFFIC COURT MINUTES

| | | | | |
|---|---|---|---|---|
| **Courtroom:** | 14 | **Date:** 2/20/2015 | **Time:** | 10:30 |
| **Judicial Officer:** | WHEELDIN, ANTHONY | | **Interpreter:** | |
| **Clerk:** | Pat Graham | | **Language:** | |

| Case Information | |
|---|---|

| | | |
|---|---|---|
| Case #: CHP84976TQ   Defendant: Russell, Derek | | Pay/Appear:   02/25/2015 |
| DOB:   09/11/1967 Officer:   Wayne Bernard (13838) | | DL #:   C5969182 |
| Citation Date: 09/24/2014 Address: 3580 Green Hill Dr   Santa Rosa , CA 95404 | | |

| Appearances & Waivers | |
|---|---|

- Defendant Present

| Fines & Fees | |
|---|---|

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21703 | Not Guilty - Court Trial | | | $371.00 |
| 2 | VC12951(a) | Not Guilty - Court Trial | | | $238.00 |
| | | | | **Total Fines and Fees:** | **$609.00** |

| Programs & Probation | |
|---|---|

| Settings, Hearings, & Orders | |
|---|---|

- The NEXT COURT DATE is 03/20/2015 and the COURT TIME is 10.30 a.m.. This case has been continued by order of the Court. The Defendant must appear at the next court date.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: RULING ON MOTIONS

| Trials & Motions | |
|---|---|

- MOTION TO STRICK,rEMOVAL OF COURT ENTERED PLEA,VERIFIED COMPLAINT





# Superior Court of California, County of Sonoma

### Traffic Division - Room 109-J
600 Administration Drive
Santa Rosa, CA 95403-2878

## TRAFFIC COURT MINUTES

| | | | | | |
|---|---|---|---|---|---|
| **Courtroom:** | 14 | **Date:** | 2/18/2015 | **Time:** | 10:30 |
| **Judicial Officer:** | WHEELDIN, ANTHONY | | | **Interpreter:** | |
| **Clerk:** | Pat Graham | | | **Language:** | |

## Case Information

| | | |
|---|---|---|
| Case #: CHP84976TQ   Defendant: Russell, Derek | | Pay/Appear: 02/25/2015 |
| DOB: 09/11/1967 Officer: Wayne Bernard (13838) | | DL #: C5969182 |
| Citation Date: 09/24/2014 Address: 3580 Green Hill Dr   Santa Rosa , CA 95404 | | |

## Appearances & Waivers

- Defendant Present
- Defendant does not waive time for court trial and the trial will be heard within 45 days. 45th Day: 04/03/2015

## Fines & Fees

| Cnt | Code | Plea | Disposition | Terms & Conditions | Pay |
|---|---|---|---|---|---|
| 1 | VC21703 | Not Guilty - Court Trial | | | $371.00 |
| 2 | VC12951(a) | | | | $238.00 |
| | | | | **Total Fines and Fees:** | **$609.00** |

## Programs & Probation

## Settings, Hearings, & Orders

- The NEXT COURT DATE is 02/20/2015 and the COURT TIME is 10.30 a.m.. This case has been continued by order of the Court. The Defendant must appear at the next court date.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- The COURT TRIAL DATE is 03/26/2015 and the COURT TRIAL TIME is 1.30 p.m.. This case has been set for Court Trial by order of the Court. The Defendant must appear at the Court Trial.
Willful failure to appear may result in an additional Failure to Appear charge and an additional civil assessment fee.
- Other/Orders: FILING OF MOTION

RECEIVED

2015 FEB 20  AM 9: 28

SONOMA CO. D.A.

1
DEREK RUSSELL
2  735 Pine Street
Santa Rosa, California [95404]
3  337-422-9200
In Pro Per
4

5

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                         FOR THE COUNTY OF SONOMA
10

11  THE PEOPLE OF THE STATE OF CALIFORNIA      )Case No.: CHP84976TQ
                                                )
12                   Plaintiff,                  )REQUEST FOR VERIFIED
                                                )
13          vs.                                  )COMPLAINT
                                                )  PC 853.9, VC 40513 a&b,
14  DEREK RUSSELL, an individual,               )  GC 100, 26500, 26501, 26502
                                                )  C.C.P. 446
15                   Defendant,                  )

16  Alleged Defendant herein, **DOES NOT PLEA**, and requests a verified complaint pursuant to the

17  provisions of Penal Code 853.9 sub-paragraph (b), California Motor Vehicle Code 40513 (a) &

18  (b), Government Code sections; 100, 26500, 26501 and 26502 respectively.

19  *Government Code 26502 states: "The District attorney shall institute proceedings"*

20  Defendant herein additionally request that said *verified* complaint be *filed* and *signed* by the

21  *people's representati*ve in the above matter, (See: C.C.P. 446.)  A California peace officer is not

22  the people's representative as he or she is not licensed to practice law, nor, can he/she participate

23  in discovery as the people's representative.  Therefore, the signature on the **"Notice to Appear"**

24  cannot constitute a verification nor constitute an accusatorial instrument within the due process

25  requirements of the California Constitution of the 14th amendment to the United States

26  constitution.  Defendant herein demands due process and requests the court defend the

27  constitutionally protected rights of the accused.

28

REQUEST FOR VERIFIED COMPLAINT                              Page 1

Dated:  February 20,  2015

_____

DEREK RUSSELL, In pro per
Without Prejudice UCC 1-308

RECEIVED

2015 FEB 20  AM 9: 28

SONOMA CO. D.A.

1   DEREK RUSSELL
    735 Pine Street
2   Santa Rosa, California [95404]
    337-422-9200
3   In Pro Per

4

5

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        FOR THE COUNTY OF SONOMA

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA        )Case No.: CHP84976TQ
                                                 )
12              Plaintiff,                        )Notice of Dispute, Demand for
                                                 )Verification/Validation of Alleged
13       vs.                                      )Debt;
                                                 )DATE: February 20, 2015
14  DEREK RUSSELL, an individual,                 )
                                                 )TIME: 10 am
15              Defendant,                         )
                                                 )DEPT: 14-TRAFFIC
16                                                )

17  _____

18

19      I  received the above citation and notice to appear  from you that alleges your

20
    position as a debt collector and appeared in court February 18, 2015. Accordingly, my
21
    records reflect you are not, neither have you ever been a known *creditor* of mine, or one
22

23  that I have conducted any consumer transactions with. Therefore your identity is unknown

24
    to me at this time, and you appear to not be a known party to any transaction that I recall.
25

26  This requires further information and documentation from you to verify your status and

27

28  _____
    DEBT DISPUTE FDCPA 15 USC §1692g                            Page 1

capacity. Therefore I am respectfully demanding verification and or validation of any alleged debt pursuant to 15 USC§1692g, and California Rosenthal Act §1788 *et seq* respectively.

The California Highway Patrol and the Sonoma County Superior Court are "debt collector" pursuant to 15 USC§1692a(6), and California Rosenthal Act §1788. DEREK RUSSELL is a "consumer" as that term is defined in 15 USC§1692a(3). CALIFORNIA HIGHWAY PATROL AND THE SONOMA COUNTY SUPERIOR COURT , is not a *creditor*, and I have not applied for, neither received any services or credit with your particular agency.

In light of the foregoing please provide a certified true alleged original genuine executed contract/agreement that memorializes the transaction between you and I that supports you're your alleged debt. If your debt collection firm is unable to provide a sufficient legal basis for your demanding payment, I will bring suit against your agency for violations of federal and state consumer protection laws without further notice. Therefore this notice can be construed as a Notice of Intent to bring such action if your response does not support a legal/legitimate debt "owed" to your agency. In concluding, you are required to respond within five (5) business days to my requests, should you fail to timely respond, and or proffer a non- response, a suit will be filed in the appropriate court.

Dated: February 20, 2015

_____

DEREK RUSSELL, In pro per
Without Prejudice UCC 1-308

DEBT DISPUTE FDCPA 15 USC §1692g                                    Page 2

DEREK RUSSELL
735 Pine Street
Santa Rosa, California [95404]
337-422-9200
In Pro Per

RECEIVED

2015 FEB 18 PM 1:43

SONOMA CO. D.A.

**RECEIVED**

FEB 18 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SONOMA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | )Case No.: CHP84976TQ |
| Plaintiff, | )<br>)NOTICE AND MOTION TO STRIKE<br>)NOTICE TO APPEAR |
| vs. | )<br>) |
| DEREK RUSSELL, an individual, | )DATE: February 18, 2015<br>) |
| Defendant, | )TIME: 8:30 am<br>) |
| | )DEPT: 14-TRAFFIC |

NOTICE IS HEREBY GIVEN that on date and time mentioned above at the Superior Court of

California, County of Sonoma, Defendant DEREK RUSSELL [hereinafter "Defendant"] will

Motion to Strike Plaintiff's Infraction on the following grounds:

1.   The Infraction fails under the following Supreme Court Cases:
   a.   Right to Travel- *Shapiro v. Thompson*, 394 U.S. 618 (1969)
   b.   Standards for Police to Stop/Arrest- *Brown v. Texas*, **443 U.S. 47 (1979)**
   c.   Right to Protect Liberty- *Murdock v. Pennsylvania*, 319 U.S. 105 (1943)
   d.   Right to Ignore with Impunity- *Schuttlesworth v Birmingham Alabama* 373 us 262
   e.   Willfull Intent-Evil- *U. S. v Bishop*, 412 U. S. 346 (1973)
   f.   Waivers of Constitutional Rights - *Brady v. U.S.*, *397 U.S. 742, 748*
   g.   Malice may be inferred- *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 1

ENDORSED
FILED

FEB 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1

DEREK RUSSELL
2   735 Pine Street
Santa Rosa, California [95404]
3   337-422-9200
In Pro Per
4

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SONOMA

10

| | |
|---|---|
| 11   THE PEOPLE OF THE STATE OF CALIFORNIA | )Case No.: CHP84976TQ<br>)REMOVAL OF COURT ENTERED |
| 12              Plaintiff, | )PLEA of February 18, 2015 in Dept 14<br>)by Judge Wheeldin per PC §1018 and |
| 13         vs. | )enter of Demurrer per PC §1002-1008 |
| 14   DEREK RUSSELL, an individual, | )   HEARING: |
| 15              Defendant, | )   Date: February 20, 2015<br>)   Time: 10 am<br>   Dept: 14 |
| 16 _____ | |

17   DISTRICT ATTORNEY OF THE COUNTY OF SONOMA AND CLERK OF SUPERIOR COURT.

18   On February 20, 2015, Derek Russell, Defendant in error, is moving to remove the court

19   entered plea entered on February 18, 2015 by Judge Wheeldin in Dept 14, pursuant to PC §1018.

20   Defendant in Error never refused to plea, and the plea was entered erroneously by the Judge.

21   Derek Russell will also do so in open court orally at his next appearance. Defendant in Error

22   requires to demurrer per PC §1002-1012. This section shall be liberally construed to affect these

23   objects and to promote justice.

24

25   Dated: February 20, 2015

26

27   DEREK RUSSELL, In pro per
Without Prejudice UCC 1-308
28

REMOVAL OF COURT ENTERED PLEA PC1018                    Page 1

ENDORSED
FILED

FEB 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1  DEREK RUSSELL
2  735 Pine Street
   Santa Rosa, California [95404]
3  337-422-9200
   In Pro Per
4
5
6
7
8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                         FOR THE COUNTY OF SONOMA
10
   THE PEOPLE OF THE STATE OF CALIFORNIA     )Case No.: CHP84976TQ
11                                           )
                    Plaintiff,               )NOTICE AND MOTION TO STRIKE
12                                           )NOTICE TO APPEAR
        vs.                                  )
13                                           )DATE: February 18, 2015
   DEREK RUSSELL, an individual,             )
14                                           )TIME: 8:30 am
                    Defendant,               )
15                                           )DEPT: 14-TRAFFIC
16                                           )
17  ─────────────────────────────────────
18
   NOTICE IS HEREBY GIVEN that on date and time mentioned above at the Superior Court of
19
   California, County of Sonoma, Defendant DEREK RUSSELL [hereinafter "Defendant"] will
20
21 Motion to Strike Plaintiff's Infraction on the following grounds:

22  1.      The Infraction fails under the following Supreme Court Cases:
23     a.   Right to Travel- *Shapiro v. Thompson*, 394 U.S. 618 (1969)
       b.   Standards for Police to Stop/Arrest- **Brown v. Texas, 443 U.S. 47 (1979)**
24     c.   Right to Protect Liberty- *Murdock v. Pennsylvania*, 319 U.S. 105 (1943)
25     d.   Right to Ignore with Impunity- *Schuttlesworth v Birmingham Alabama* 373 us 262
       e.   Willfull Intent-Evil- *U. S. v Bishop*, 412 U. S. 346 (1973)
26     f.   Waivers of Constitutional Rights - *Brady v. U.S.*, 397 U.S. 742, 748
27     g.   Malice may be inferred- *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255
28
   ───────────────────────────────────────────────────────────────
   NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 1

h.   Malicious prosecution- *Lopez v. Modisitt* 488 F. Supp 119 D. C. 1980.

i.   Seizure be "reasonable." *Cf. Terry v. Ohio,* 392 U. S. 1;

j.   Seizure specific, ojective facts-*United States v. Brignoni-Ponce,* 422 U. S. 873.

k.   Unlawful search and seizure-interpreted in favor of citizen-*Scheuer v. Rhodes* 416 U.S. 232, 1974, Expounds upon *Owen Byers v. U.S.* 273 U.S. 28

l.   Court protect encroachment of Constitutionally secured liberties – *Boyd v. U.S.* 116 U.S. 616

m.   Rights secured by Constitution-*Miranda v. Arizona,* 384 U.S. 436

n.   Law enforcement practice is judged-*Delaware v. Prouse,* 440 U.S. 648 (1979)

o.   Jurisdiction cannot be assumed *Maine v. Thiboutot,* 100 S. Ct. 250

p.   No Immunity Officers of Law-*Owen v. City of Independence,* 445 U.S. 622 (1980)

q.   Encroachment of rights-*Bryars v United States,* 273 U.S. 28 (1927)

r.   Supreme Law of Land-*Marbury v. Madison* 5 US.

s.   Unconstitutional act is not law-*Norton v. Shelby* County 118 US 425

t.   Unconstitutional statute-*16 Am Jur Vol. 2,* sec 177, 256.

## I.   STANDARD OF REVIEW FOR *PRO SE* PLEADINGS

1.   Defendant admits to some technical missteps attributable to the learning curve. However, none of which is fatal to his claim as will be demonstrated below. The Defendant is proceeding without the benefit of legal counsel. Additionally, I am not a practicing attorney nor have I been trained in the complex study of law. As such, Defendant's pro se papers are to be construed liberally. See *Haines v. Kerner,* 404 U.S. 519-20, (1972). "A pro se litigant should be given a reasonable opportunity to remedy defects in his pleadings if the factual allegations are close to stating a claim for relief." *Hall v. Bellmon,* 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly such pleadings should be held to a less stringent standard than those drafted by licensed, practicing attorneys. B.*Platsky v. CIA,* 953 F.2d 25, 26 28 (2nd Cir. 1991), The Court is the Guardian of 'my' liberties and "Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."

Dated: February 10, 2015.

DEREK RUSSELL

Defendant in Pro Per

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.      INTRODUCTION

Defendant was unlawfully pulled over on September 24, 2014 and issued a Notice to Appear. Defendant did not know nor understand the court, jurisdiction, charges, and the Police Officer failed to properly inform Defendant whereby any contract achieved is null and void. In this judicial realm, rights of man are paramount and Supreme Court Rulings are trump. *Brady v. U.S., 397 U.S. 742, 748: "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." "If men, through fear, fraud, or mistake, should in terms renounce or give up any natural right, the eternal law of reason and the grand end of society would absolutely vacate such renunciation. The right to freedom being a gift of ALMIGHTY GOD, it is not in the power of man to alienate this gift and voluntarily become a slave." —Samuel Adams, 1772*

*"A bill of attainder is defined to be 'a legislative Act which inflects punishment without judicial trial'" "...where the legislative body exercises the office of judge, and assumes judicial magistracy, and pronounces on the guilt of a party without any of the forms or safeguards of a trial, and fixes the punishment."*

The alleged determination of "commitment cost" and "Fine" for alleged traffic tickets or court costs, fees, or penalties requires execution as a **"cloak to disguise a collateral undertaking"** in U.S. Funds and is *"**malicious vexation by legal process**"* under the disguise/pretense of a "lawful" government to enforce the unwritten Master - Slave relationship.

---

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 3

1  "Although probable cause may not be inferred from malice, malice may be inferred from lack of

2  probable cause." *Pauley v. Hall* 335 N. W. 2d 197, 124 Mich App 255.

3

4      "Malice is a state of mind and an essential element of action for malicious prosecution and is

5  to be found by jury from case, and want of probable cause is the other element of action for

6  malicious prosecution which must be proved by plaintiff." *Lopez v. Modisitt* 488 F. Supp 119 D.

7  C. 1980.

8

9                     **II.     MY RIGHT TO TRAVEL**

10  I have a God given right to travel freely, secured and protected by the Constitution. I have a right

11  to travel freely and unencumbered, pursuant to *Shapiro v. Thompson*, 394 U.S. 618 (1969).

12
                    **III.    IMPROPER STOP, SEARCH AND SEIZURE**
13

14  I was illegally and improperly stopped, Standards for Police to Stop/Arrest- **Brown v. Texas,**

15  **443 U.S. 47 (1979).** The application of the Texas statute to detain appellant and require him to

16  identify himself violated the Fourth Amendment because the officers lacked any reasonable

17
   suspicion to believe that appellant was engaged or had engaged in criminal conduct. Detaining
18
   appellant to require him to identify himself constituted a seizure of his person subject to the
19
   requirement of the Fourth Amendment that the seizure be "reasonable." *Cf. Terry v. Ohio*, 392 U.
20
21  S. 1; *United States v. Brignoni-Ponce*, 422 U. S. 873. The Fourth Amendment requires that such

22  a seizure be based on specific, objective facts indicating that society's legitimate interests require

23  such action, or that the seizure be carried out pursuant to a plan embodying explicit, neutral

24  limitations on the conduct of individual officers. *Scheuer v. Rhodes, 416 U.S. 232, 1974:*

25

26

27

28

*Expounds upon Owen Byers v. U.S., 273 U.S. 28 Unlawful search and seizure. Your rights must be interpreted in favor of the citizen.*

*Boyd v. U.S., 116 U.S. 616: "The court is to protect against any encroachment of Constitutionally secured liberties."*

*Miranda v. Arizona, 384 U.S. 436: "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."*

**Delaware v. Prouse, 440 U.S. 648 (1979)** Except where there is at least articulable and reasonable suspicion that a motorist is unlicensed or that an automobile is not registered, or that either the vehicle or an occupant is otherwise subject to seizure for violation of law, stopping an automobile and detaining the driver in order to check his driver's license and the registration of the automobile are unreasonable under the Fourth Amendment. Pp. 440 U. S. 653-663. (a) Stopping an automobile and detaining its occupants constitute a "seizure" within the meaning of the Fourth and Fourteenth Amendments, even though the purpose of the stop is limited and the resulting detention quite brief. The permissibility of a particular law enforcement practice is judged by balancing its intrusion on the individual's Fourth Amendment interests against its promotion of legitimate governmental interests. Pp. 440 U. S. 653-655.

## IV.   CAN A STATE CONVERT MY RIGHTS INTO A PRIVILAGE?

Can a state arbitrarily and erroneously convert MY right into a privilege and issue a license and a fee for it? Of course not. *Murdock v. Penn., 319 US 105: "No state shall convert a liberty into a privilege, license it, and attach a fee to it."*

## V.   IF THE STATE DOES, I CAN ENGAGE IN THE RIGHT WITH IMPUNITY

*Shuttlesworth v. Birmingham, 373 US 262: "If the state converts a liberty into a privilege,*

*the citizen can engage in the right with impunity." Shuttlesworth v Birm.*  Said that if the state

does convert your right into a privilege and charge a license and a fee for it you can ignore the

license and fee, and engage in the right with impunity. That means they can't punish me...they

have to let me go.

## VI.   I DID NOT HAVE WILFULL INTENT. MENS REA

*U. S. v Bishop,* 412 U. S. 346 (1973)...Basically what Bishop does is it sets a standard for

what constitutes a criminal violation in terms of willful intent. Willfulness is one of the elements

which is required to be proven. In any criminal element you have to prove that 1. You are the

party, 2. That you had a method or opportunity to do a thing, and  3.  That you did so with a

willful intent.  Now, when we get to willful intent, willful is defined as an evil motive or intent

to avoid a known duty or task under the law with immoral uncertainty. Obviously I have decided

that I have relied on the United States Constitution, and I have relied on the decisions of the

supreme court (THE OPINIONS OF THE NINE MEN IN THE BLACK ROBES-TRUMP). So

could I have willfully done any deed or crime?  Obviously not. So this case stipulates that I have

a perfect defense for the element of willfulness. Since the burden on the prosecution is to prove

that I did willfully and knowingly avoid a known duty or task under the law with immoral

certainty he cannot perform that task, because I obviously have MY constitutional immunity to

that. *"If you've relied on prior decisions of the Supreme Court you have a perfect defense for*

*willfulness." U.S. v. Bishop, 412 U.S. 346*

## VII.   CONCLUSION

I have God given rights, secured and protected by the Constitution of the United States and the State of California. It's very important that you understand first, the constitution is the supreme law of the land and that I have that right, and that right shall not be infringed, and it's supposed to be enforced in favor of me, the clearly intended and expressly designated beneficiary. Since the burden on the prosecution is to prove that I did willfully and knowingly avoid a known duty or task under the law with immoral certainty he cannot perform that task, because I obviously have my constitutional immunity to that. The State cannot compel me to have a license or pay a fee for the exercise of your right. And if they do, I can ignore the license and engage the right with impunity. And since I have a perfect defense for the element of willfulness, the State cannot punish me. The Court should dismiss, as the People don't have a cause of action.

*"Jurisdiction, once challenged, cannot be assumed and must be decided." Maine v. Thiboutot, 100 S. Ct. 250.*

"The law requires PROOF OF JURISDICTION to appear on the Record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U.S. 533 (1974)* "If any tribunal (court) finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed." *Louisville RR v. Motley, 211 U.S. 149, 29 S Ct. 42 (1908)* "Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been law from the days of the Marshalsea." *10 Coke 68; also Bradley v. Fisher, 13 Wall 335, 351. "Manning v. Ketcham, 58 F 2d 948.*

## IX.   NO IMMUNITY

Now that this Court is informed of the above rights and Supreme Court Opinions, if the Plaintiff continues, it does so at its own risk. You will not be able to say "Well, we acted in

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 7

good faith…We had good faith reliance that you broke the law…And that means you can't sue us.  That's a lie.  Since these two cases, *Owen v. City Of Independence* , 445 U.S. 622 (1980) and *Maine v Thiboutot*, 448 U.S.1 (1980).

Basically what these two cases say "Where plain language of a statute supported by consistent judicial interpretation is strong, it is not necessary to look beyond the words of the statute."

"The right of action created by statute relating to deprivation under color of state law of a right secured by the constitution and the laws of the United States encompasses claims which are solely based on statutory violations of federal law, and applied to the claim that claimants had been deprived of their rights in some capacity, to which they were entitled.

They claimed that they acted in "good faith". The Supreme Court said *"You are deemed to be officers of the law; you are to advise us of the law; you can hardly claim that you in good faith for willful deprivation of the law, and you certainly can't claim ignorance of the law, because a citizen out here on the street can't claim ignorance of the law. It makes the law look stupid if an officer of the court or some officer of government  doesn't know the law and then they go ahead and abuse somebody's constitutional rights."*

So in matters of constitutional rights both these cases uphold one point: Whenever they violate your constitutional rights they do so at their own peril.  It even says that at *Title 18 Sec 241, 242*.  It says that upon conviction you are subject to a $10,000 fine, 10 years in jail, or both, and if death  results life in prison. They're telling you "Don't violate somebody's rights".

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                        Page 8

1    *Title 42 USC sec. 1983, 1985, & 1986* clearly establish your right to sue anybody that

2    does that. Now they're going to claim that you can't sue them, because they have judicial

3    immunity. Well, guess what?  These two cases remove judicial immunity. There is no judicial

4    immunity for violating someone's rights.

5    *Judge, you are deemed to know the law and swear to uphold it.* *You can hardly claim*

6    *that you acted in good faith for willful deprivation of the law and you certainly can't claim*

7    *ignorance of the law for that would make the law look stupid for a knowledgeable judge to claim*

8

9    *ignorance of the law when a citizen on the street can't claim ignorance of the law.*

10    Therefore there is no judicial immunity. These cases have been on the books since 1982.

11

12                              **CONSTRUED IN MY FAVOR**

13    The next case I want to talk about is *Bryars v United States*, 273 U. S. 28 (1927).  This

14    is a search and seizure case which sets constitutional standards which Constitutional provisions

15    for the security of a person and property are to be liberally construed, and it is the duty of the

16    court to be watchful for the constitutional rights of the citizen, and against any stealthy

17

18    encroachment therein.

19    The reality here is what they are setting is the standards must be liberally construed in

20    favor of the citizen. *It's the duty of the court to make sure that happens*. So now, you have a

21    right to be wrong, you have a right to enter your viable defenses that you honestly think, no

22    state can turn that right into a privilege and issue a license and a fee, and if they do you can

23

24    ignore the license and fee.  They must prove the burden of proof of willfulness which they

25    cannot do. If they do violate your rights you do have a right to sue them *Owens v City of*

26    *Independence and Maine v Thiboutot,*  They have to give every consideration to you, and

27    that's the way it is.

28    NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                          Page 9

The next case I want to talk about is *Boyd v United States*,116 US 616: The court is to protect against encroachment of constitutionality or security liberty. It is equivalent to a compulsory production of papers to make the non-production of them a confession of the allegations, which is pretended will prove, and a lot of times that will happen in federal cases.

All laws which are repugnant to the constitution are null and void. *Marbury v. Madison* 5 US.

Where rights secured by the constitution are involved, there can be no rule or law making legislation which would abrogate abolish them. *Miranda v. Arizona*, 384 U.S. 436.

An unconstitutional act is not law. It confers no rights, it imposes no duties, it affords no protections, it creates no office, it is in legal contemplation as inoperative as though it had never been passed  *Norton v Shelby County* 118 US 425.

The general rule is that an unconstitutional statute though having the form and name of law in in reality no law, but is totally void. *16 Am Jur* Vol. 2, sec 177, 256.

## VIII.  **PRAYER**

1.  Since the Plaintiff (THE PEOPLE OF THE STATE OF CALIFORNIA) does not have a cause of action for which relief can be granted, counsel (STATE PROSECUTOR) is specifically precluded from performing his major task, therefore your honor, would it please the court at this time I would motion most graciously for dismissal with prejudice for failure to state a cause of action for which relief may be granted by this honorable court,

2.  I require this Court to STRIKE THE NOTICE TO APPEAR, all related fee's, and to notify the DMV of this and to dismiss any Warrant (if any). To not do so would cause Defendant unrecoverable harm, physical and emotional stress.

3.  I require this Court to submit Findings of Fact and Conclusions of Law if this NOTICE TO APPEAR is not stricken.

NOTICE AND MOTION TO STRIKE NOTICE TO APPEAR                    Page 10

1

2   Dated: February 10, 2015

3

4   DEREK RUSSELL, In pro per
    Without Prejudice UCC 1-308
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case4:15-cv-01355-KAW   Document3   Filed03/24/15   Page46 of 47

ENDORSED
FILED

FEB 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1  DEREK RUSSELL
735 Pine Street
2  Santa Rosa, California [95404]
337-422-9200
3  In Pro Per
4
5
6
7
8               SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                    FOR THE COUNTY OF SONOMA
10
THE PEOPLE OF THE STATE OF CALIFORNIA   )Case No.: CHP84976TQ
11                                      )
              Plaintiff,                )Notice of Dispute, Demand for
12                                      )Verification/Validation of Alleged
       vs.                              )Debt;
13                                      )DATE: February 20, 2015
DEREK RUSSELL, an individual,           )
14                                      )
              Defendant,                )TIME: 10 am
15                                      )
16                                      )DEPT: 14-TRAFFIC
17  _____
18
19       I  received the above citation and notice to appear  from you that alleges your
20
21  position as a debt collector and appeared in court February 18, 2015. Accordingly, my
22  records reflect you are not, neither have you ever been a known *creditor* of mine, or one
23
24  that I have conducted any consumer transactions with. Therefore your identity is unknown
25  to me at this time, and you appear to not be a known party to any transaction that I recall.
26  This requires further information and documentation from you to verify your status and
27
28  _____
DEBT DISPUTE FDCPA 15 USC §1692g                          Page 1

1  capacity. Therefore I am respectfully demanding verification and or validation of any alleged

2  debt pursuant to 15 USC§1692g, and California Rosenthal Act §1788 *et seq* respectively.

3
4      The California Highway Patrol and the Sonoma County Superior Court are "debt

5  collector" pursuant to 15 USC§1692a(6), and California Rosenthal Act §1788. DEREK

6  RUSSELL is a "consumer" as that term is defined in 15 USC§1692a(3). CALIFORNIA

7
8  HIGHWAY PATROL AND THE SONOMA COUNTY SUPERIOR COURT , is not a *creditor*

9  and I have not applied for, neither received any services or credit with your particular

10
11  agency.

12      In light of the foregoing please provide a certified true alleged original genuine

13
14  executed contract/agreement that memorializes the transaction between you and I that

15  supports you're your alleged debt. If your debt collection firm is unable to provide a sufficient

16  legal basis for your demanding payment, I will bring suit against your agency for violations

17
18  of federal and state consumer protection laws without further notice. Therefore this notice

19  can be construed as a Notice of Intent to bring such action if your response does not

20
21  support a legal/legitimate debt "owed" to your agency. In concluding, you are required to

22  respond within five (5) business days to my requests, should you fail to timely respond, and

23
   or proffer a non- response, a suit will be filed in the appropriate court.

24

25  Dated: February 20, 2015

26

27  DEREK RUSSELL, In pro per
   Without Prejudice UCC 1-308

28
---
DEBT DISPUTE FDCPA 15 USC §1692g                                    Page 2